UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADAM AND SHIRLEY CHARTIER | CIVIL ACTION |
| VERSUS | NO. 08-2511 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION "N" (3) |

## **ORDER AND REASONS**

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed and that a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memoranda in opposition to the Motion to Enforce Settlement Agreement (Rec. Doc. 6), which was set for hearing on May 19, 2010, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** the **Motion to Enforce Settlement Agreement (Rec. Doc. 6)** is hereby **GRANTED**. Thus, Plaintiffs shall execute and return the provided release document and Joint Motion and Order of Dismissal, to Defendant within an expeditious time frame. Plaintiffs are hereby assessed Defendant's costs and fees in connection with bring the instant motion.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with

the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 19th day of May 2010.

                                       **KURT D. ENGELHARDT**
                                       **UNITED STATES DISTRICT JUDGE**